**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Leah Walker

                Plaintiff,

v.

Voodoo Doughnut, LLC

                Defendant.

Case No.: 1:25–cv–12285
Honorable Georgia N. Alexakis

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 11, 2026:

      MINUTE entry before the Honorable Georgia N. Alexakis: Per plaintiff's notice of voluntary dismissal [17], pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and 41(a)(1)(B), this matter is dismissed with prejudice. The Court vacates the 2/26/2026 status hearing. Civil case terminated. Mailed notice. (sxh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.